## JOHNSON v. STATE.
### No. 20121.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

Rehearing Denied March 8, 1939.

Lillian Reynolds, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.